UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LANCE SHULTZ )
)
v. ) NO. 3:09-1152
) JUDGE CAMPBELL
CHRISTIAN BROADCASTING )
NETWORK, INC. )

ORDER

This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent order of the District Judge.

Pursuant to Order (Docket No. 8) dated January 20, 2010, this case is scheduled for a bench trial on January 18, 2011, at 9:00 a.m., and a pretrial conference scheduled for December 20, 2010, at 2:30 p.m. The trial and pretrial dates remain unchanged. However, it will held in Courtroom A-826.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE